| | | | |
|---|---|---|---|
| | AUSA: Susan Fairchild | Telephone: | (313) 226-9577 |
| AO 91 (Rev. 11/11) Criminal Complaint | Officer: Aaron Pohl | Telephone: | (313) 218-0934 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
Adrian SANTOS-SANDOVAL

Case No.

Case: 2:25-mj-30127
Assigned To : Unassigned
Assign. Date : 3/10/2025
Description: RE: ADRIAN
SANTOS-SANDOVAL (EOB)

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 1, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, U.S.C. Sec. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:

On or about March 1, 2025, in the Eastern District of Michigan, Southern Division, Adrian SANTOS-SANDOVAL, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed there from on or about November 29, 2015, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Aaron Pohl, Deportation Officer, ERO/ICE
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: March 10, 2025

_____
*Judge's signature*

City and state: Detroit, MI

David R. Grand, U.S. Magistrate Judge
*Printed name and title*

## Affidavit

I, Aaron Pohl, declare the following under penalty of perjury:

1. I am a Deportation Officer with the United States Department of Homeland Security, U.S. Immigration and Customs Enforcement (ICE). I have been employed by ICE since January of 2009. I have reviewed the official Immigration file (AXXX XXX 985) and system automated data relating to Adrian SANTOS-SANDOVAL, which attests to the following:

2. The information set forth below is for the limited purpose of establishing probable cause. Therefore, this affidavit does not necessarily contain all the information collected during my investigation.

3. Adrian SANTOS-SANDOVAL is a 31-year-old male, native and citizen of Mexico, who last entered the United States at an unknown place, on an unknown date, without being admitted, inspected or paroled by an Immigration Officer.

4. On September 20, 2015, United States Border Patrol apprehended SANTOS-SANDOVAL near Otay Mesa, California and issued him a Notice and Order of Expedited Removal.

5. On September 21, 2015, SANTOS SANDOVAL was removed to Mexico via the San Luis, Arizona Port of Entry.

6. On September 27, 2015, United States Border Patrol apprehended SANTOS-SANDOVAL in Otay Mesa, California and processed him as a Reinstatement of Deportation Order I-871.

7. On September 28, 2015, SANTOS-SANDOVAL was removed to Mexico via the San Luis, Arizona Port of Entry.

8. On October 5, 2015, United States Border Patrol apprehended SANTOS-SANDOVAL near Otay Mesa, California and processed him as a Reinstatement of Deportation Order I-871.

9. On October 7, 2015, SANTOS-SANDOVAL was removed to Mexico via the San Luis, Arizona Port of Entry.

1

10. On November 28, 2015, United States Border Patrol apprehended SANTOS-SANDOVAL near Calexico, California and processed him as a Reinstatement of Deportation Order I-871.

11. On November 29, 2015, SANTOS-SANDOVAL was removed to Mexico via San Ysidro, California.

12. On March 1, 2025, ICE Officers traveled to 34XX Livernois, Detroit, Michigan in search of SANTOS-SANDOVAL. At approximately 8:00 a.m., ICE Officers identified an individual matching the description of SANTOS-SANDOVAL departing the area. ICE Officers conducted a vehicle stop at the corner of Livernois and Ranspach Street in Detroit, Michigan. ICE Officers identified themselves and conducted a field interview. SANTOS-SANDOVAL identified himself and admitted he did not have any legal status or documentation to reside or remain in the United States. ICE Officers arrested, detained and transported SANTOS-SANDOVAL without incident to the Detroit Field Office for processing.

13. During his post-arrest interview, SANTOS-SANDOVAL indicated that he is married with two children. His wife and children are living in Mexico. His father also resides in Mexico.

14. On March 1, 2025, during the processing of SANTOS-SANDOVAL, fingerprint analysis was completed, which revealed a match to that of Adrian SANTOS-SANDOVAL, AXXX XXX 985, a previously removed alien. SANTOS-SANDOVAL was served with Form I-871 Reinstatement of Prior Order.

15. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

16. On March 8, 2025, I reviewed the Alien Registration file and conducted system checks. There is no evidence to indicate that Adrian SANTOS-SANDOVAL has applied for or received permission from the Attorney General of the United States or the Secretary of the U.S. Department of

Homeland Security to reapply for admission to the United States following his removal on November 29, 2015.

17. Based on the above information, there is probable cause to conclude that Adrian SANTOS-SANDOVAL is an alien who unlawfully reentered or was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a).

*[signature]*

Aaron Pohl
Deportation Officer
U.S. Immigration and Customs Enforcement
333 Mount Elliott
Detroit, MI 48207

Subscribed and sworn to before me and signed in my presence and/or by reliable electronic means.

*[signature]*

Honorable David R. Grand
United States Magistrate Judge
Date:   March 10, 2025

3